```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14654
   CLEVELAND DAILEY
   GENEVA DAILEY                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-5196     SSN XXX-XX-8301


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/14/2007 and was not confirmed.

     The case was dismissed without confirmation 09/10/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
CAPITAL ONE              UNSECURED            713.16        .00           .00
CAPITAL ONE              UNSECURED           1142.93        .00           .00
ASSET ACCEPTANCE LLC     UNSECURED            827.34        .00           .00
LITTON LOAN SERVICING    CURRENT MORTG          .00         .00           .00
LITTON LOAN SERVICING    MORTGAGE ARRE     35000.00         .00           .00
A-CARRIAGE AWAITS INC    UNSECURED         NOT FILED        .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED            857.12        .00           .00
PROVIDIAN BANK           UNSECURED         NOT FILED        .00           .00
RETAILERS NATIONAL BANK  UNSECURED         NOT FILED        .00           .00
ST JAMES HOSPITAL C U    UNSECURED         NOT FILED        .00           .00
VERIZON WIRELESS         UNSECURED         NOT FILED        .00           .00
DEBRA J VORHIES LEVINE   REIMBURSEMENT        8.00          .00           .00
DEBRA J VORHIES LEVINE   DEBTOR ATTY       3,500.00                       .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00


          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                         --------------      --------------
TOTALS                        .00                  .00




               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 14654 CLEVELAND DAILEY & GENEVA DAILEY
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE